# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MOLINA, | NO. CV 13-5804-RGK (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 21, 2013

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE